# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Memphis Montag,<br><br>                                    Plaintiff(s)<br>v.<br><br>Sequoia Concepts, Inc., a California corporation dba Sequoia Financial Services,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>12-CV-0433-R (PLAx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

   The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  <u>Nathaniel P.T. Read</u>, of <u>Cohen & Gresser, LLP, 800 Third Avenue, 21st Floor, New York, NY 10022</u>
              *Applicant's Name*                                              *Firm Name / Address*

<u>(212) 957-7600</u>                                         <u>nread@cohengresser.com</u>
         *Telephone Number*                                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff     ☐ Defendant

■ Intervenor or other interested person <u>Third-Party Defendant LiveVox, Inc</u>

and the designation of <u>Nhan T. Vu, California State Bar Number 189508</u>
                              *Local Counsel Designee /State Bar Number*

of <u>Willenken, Wilson, Loh & Delgado, LLP, 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA  90017</u>
                              *Local Counsel Firm / Address*

<u>(213) 955-9240</u>                                         <u>nvu@willenken.com</u>
         *Telephone Number*                                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   ☐ GRANTED

   ☐ DENIED.  Fee shall be returned by the Clerk.

   ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

---

GB64 ORDER (11/10)        **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

Dated _____

                                                  Hon. Manuel L. Real
                                                  U. S. District Judge/U.S. Magistrate Judge

GB64 ORDER (11/10)     **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**