1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

| | |
|---|---|
| 12  MEMPHIS MONTAG, | Case No. 12-CV-0433 R (PLAx) |
| 13          Plaintiff, | |
| 14      v. | **[PROPOSED] ORDER GRANTING LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT** |
| 15  SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services, | |
| 16 | |
| 17          Defendant. | |
| 18 | |
| 19  SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services, | |
| 20 | |
| 21          Third-Party Plaintiff, | Hearing Judge:           Hon. Manuel L. Real |
| 22      v. | Date:            October 1, 2012 Time:            10:00 a.m. Courtroom:       8 |
| 23  LIVEVOX, INC., a Delaware corporation; DOES 1 to 10. | |
| 24 | |
| 25          Third-Party Defendants. | |
| 26 | |

27
28

# [PROPOSED] ORDER

On October 1, 2012, Third-Party Defendant LiveVox, Inc.'s ("LiveVox") Motion to Dismiss Third-Party Complaint ("Motion") came on for consideration. Appearing on behalf of Third-Party Plaintiff Sequoia Concepts, Inc. dba Sequoia Financial Services was Andrew P. Altholz.  Appearing on behalf of LiveVox were Nathaniel P.T. Read and Nhan T. Vu.

In the Motion, LiveVox asserts that none of the claims for relief contained in Sequoia's Third-Party Complaint states a claim upon which relief may be granted. Specifically, LiveVox argues that Sequoia's Indemnity, Contribution and Apportionment, Negligence, Negligent Misrepresentations, and Breach of Contract claims fail as a matter of law, and that the Negligence, Negligent Misrepresentations, and Breach of Contract claims contain no supporting factual allegations whatsoever.

After consideration of the Motion and supporting papers, the opposition and reply thereto, the pleadings and other documents filed in this action, such matters of which this Court may take judicial notice, and upon such other evidence and the oral argument of counsel, the Court GRANTS the Motion to Dismiss Third-Party Complaint and ORDERS that the First through Fifth Causes of Action of the Third-Party Complaint be DISMISSED WITH PREJUDICE.

Dated: _____          _____
                                      Honorable Manuel L. Real
                                      United States District Judge

[PROPOSED] ORDER GRANTING LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT
126468.1

1    Respectfully Submitted:

2    Dated:  August 8, 2012                    WILLENKEN WILSON LOH &
                                               DELGADO LLP
3

4
                                        By:   /s/  Nhan T. Vu
5                                             Nhan T. Vu

6                                             Attorneys for Third-Party Defendant
                                              LiveVox, Inc.
7
                                              Of Counsel:
8
                                              COHEN & GRESSER LLP
9

10                                            Nathaniel P.T. Read (*pro hac vice* pending)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT
126468.1

**CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that I am over the age of 18 and am not a party to this action.  My business address is 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA  90017.  A copy of the foregoing [PROPOSED] ORDER GRANTING LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT in Case No. 12-CV-0433 R (PLAx), was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

Dated:  August 8, 2012

By:  /s/ Nhan T. Vu
Nhan T. Vu

126468.1