Nhan T. Vu (State Bar No. 189508)
nvu@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA  90017
Telephone:   (213) 955-9240
Facsimile:    (213) 955-9250

Attorneys for Third-Party Defendant
LiveVox, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEMPHIS MONTAG,<br><br>    Plaintiff,<br><br>    v.<br><br>SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>    Defendant.<br><br>SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>LIVEVOX, INC., a Delaware corporation; DOES 1 to 10.<br><br>    Third-Party Defendants. | Case No. 12-CV-0433 R (PLAx)<br><br>**LIVEVOX, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1** |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Third-Party Defendant LiveVox, Inc. ("LiveVox"), certifies that LiveVox has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Dated:  August 8, 2012　　　　　　　　　　　　WILLENKEN WILSON LOH & DELGADO LLP


By:　/s/  Nhan T. Vu
　　　Nhan T. Vu

Attorneys for Third-Party Defendant LiveVox, Inc.

Of Counsel:

COHEN & GRESSER LLP

Nathaniel P.T. Read (*pro hac vice* pending)

---

1
LIVEVOX INC.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

126469.1

**CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that I am over the age of 18 and am not a party to this action. My business address is 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA 90017. A copy of the foregoing LIVEVOX, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1 in Case No. 12-CV-0433 R (PLAx), was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

Dated: August 8, 2012

By: /s/ Nhan T. Vu
Nhan T. Vu