Andrew P. Altholz (SBN 152713)
Attorney at Law
100 Wilshire Boulevard, Suite 950
Santa Monica CA 90401-1145
Phone (310) 451-0789
Fax   (310) 821-4905
Email andrewpaltholz@msn.com

Attorney for Defendant & Third Party Plaintiff Sequoia Concepts, Inc. dba Sequoia Financial Services

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – SPRING STREET COURTHOUSE

| | |
|---|---|
| Memphis Montag,<br><br>        Plaintiff.<br><br>vs.<br><br>Sequoia Concepts Inc. a California corporation dba Sequoia Financial Services;<br><br>        Defendant. | Case No. CV12 0433-R(PLAx)<br><br>**OBJECTION TO EVIDENCE IN SUPPORT OF OPPOSITION TO THIRD PARTY DEFENDANT LIVEVOX INC.'S MOTION TO DISMISS THIRD PARTY COMPLAINT;**<br><br>Judge: Hon. Manuel L. Real<br><br>DATE: October 1, 2012<br>TIME: 10:00 am<br>CTRM: 8 (2ND FLOOR) |
| Sequoia Concepts Inc. a California corporation dba Sequoia Financial Services,<br><br>        Third Party Plaintiff,<br><br>vs.<br><br>LiveVox Inc. a Delaware corporation etc. et al.<br><br>        Third Party Defendants | |

TO THE COURT AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE THAT Defendant Sequoia Concepts Inc. a California corporation dba Sequoia Financial Services ("Sequoia") hereby objects to the following evidence submitted by the Moving Party in support of the Opposition thereto.

///

<u>Objection to Declaration of Nhan T. Vu, Esq.</u>

| Evidence | Objection | Ruling |
|---|---|---|
| Paragraph 3 page 1 lines 12 to 16 – "On or about August 7, 2012, I obtained from LiveVox a copy of the Maser Subscription Agreement (the "MSA") between LiveVox and Third Party Plaintiff Sequoia Concepts Inc dba Sequoia Financial Services ("Sequoia"), effective February 1, 2009. A true and correct copy of the MSA is attached hereto as Exhibit B." | FRE 602 – lack of personal knowledge of the document and no foundation, lack of authentication FRE 1400 et seq, 1500 et seq., and hearsay FRE 1200. | |

Respectfully submitted,

Dated: September 10, 2012

By: _____
Andrew P. Altholz
Attorney for Defendant & Third Party Plaintiff Sequoia Concepts Inc. dba Sequoia Financial Services

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18, a member of the bar of this Court, and not a party to the within action. My business address is 100 Wilshire Boulevard, Suite 950, Santa Monica CA 90401-1145. On September 10, 2012, I served the within document(s) described as:

**OBJECTION TO EVIDENCE IN SUPPORT OF OPPOSITION TO THIRD PARTY DEFENDANT LIVEVOX INC.'S MOTION TO DISMISS THIRD PARTY COMPLAINT** on the interested parties in this action as stated on the attached mailing list.

☐ (BY MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY EXPRESS MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and overnight mailing following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent overnight by the U.S. Postal Service. Under that practice, it would be deposited on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the U.S. Postal Service for receipt of Express Mail.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, true copies of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

☐ (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

☒ (BY E-MAIL) By transmitting true copies of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list or by the Court's ECF system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2012 at Santa Monica, California.

_____  
Andrew P Altholz  
(Type or print name)

_____  
/s/ Andrew P. Altholz  
(Signature)

SERVICE LIST

ajg@consumerccounselgroup.com

Counsel for Plaintiff

nvu@willenken.com

Counsel for Third Party Defendant