Andrew P. Altholz (SBN 152713)
Attorney at Law
100 Wilshire Boulevard, Suite 950
Santa Monica CA 90401-1145
Phone (310) 451-0789
Fax   (310) 821-4905
Email andrewpaltholz@msn.com

Attorney for Defendant & Third Party Plaintiff Sequoia Concepts, Inc. dba Sequoia Financial Services

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – SPRING STREET COURTHOUSE

| | |
|---|---|
| Memphis Montag,<br><br>                    Plaintiff.<br><br>vs.<br><br>Sequoia Concepts Inc. a California corporation dba Sequoia Financial Services;<br><br>                    Defendant. | Case No. CV12 0433-R(PLAx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO THIRD PARTY DEFENDANT LIVEVOX INC.'S MOTION TO DISMISS THIRD PARTY COMPLAINT;**<br><br>Judge: Hon. Manuel L. Real<br><br>DATE: October 1, 2012<br>TIME: 10:00 am<br>CTRM: 8 (2ND FLOOR) |
| Sequoia Concepts Inc. a California corporation dba Sequoia Financial Services,<br><br>                    Third Party Plaintiff,<br><br>vs.<br><br>LiveVox Inc. a Delaware corporation etc. et al.<br><br>                    Third Party Defendants | |

TO THE COURT AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE THAT

Defendant Sequoia Concepts Inc. a California corporation dba Sequoia Financial Services

("Sequoia") hereby requests Judicial Notice per FRE 201 of LiveVox's web page on collections

http://www.livevox.com/industries/collections/.

A 4 page copy of which is attached as an Exhibit hereto.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: September 10, 2012

By: _____
     Andrew P. Altholz
     Attorney for Defendant & Third Party
     Plaintiff Sequoia Concepts Inc. dba
     Sequoia Financial Services

Request for Judicial Notice in support of Opposition to Motion to Dismiss

Collections Dialer | Collections Hosted Dialer | LiveVox | LiveVox, Inc. – Integrated Predictive Dialer, ACD, IVR, Call Recording, Business Analytics    9/10/12 4:12 PM

Case 2:12-cv-00433-R-PLA   Document 25   Filed 09/10/12   Page 3 of 8   Page ID #:154

LiveVox, Inc.

Predictive Dialer, ACD, IVR, Call Recording Delivered From The Private VoIP Cloud



Product Inquiries: (866) 723-9067

- Home
- Applications Overview
  - Predictive Dialer
  - ACD
  - IVR
  - Call Recording
  - CRM
  - Compliance Suite
  - Service
  - PBX
- Private VoIP Cloud
  - Multi-Site Deployment
  - MPLS Cost Efficiency
  - Security and Redundancy
  - Capacity Provisioning
  - Centralized Management & Control
  - Cloud Based Switching
- Services
  - Professional Services
  - Business Analytics
- Industries
  - Financial Services
  - Telecom
  - Healthcare
  - Outsourcing
  - Collections
  - Utilities
  - Telesales
  - Customer Relationship Management
  - Consumer Goods & Services
  - Government
  - Education
- Resource Center
  - Industry Awards
  - News & Releases
    - News Archive
  - Predictive Dialer Blog
  - White Papers
  - Videos
  - Product Brochures
  - Webinars
  - Industry Events
  - Client Results
  - Industry Associations
  - Predictive Dialer Glossary
  - FAQ's
  - Link to LiveVox
- About LiveVox
  - Contact Us
  - Management
  - Advisory Board
  - Job Opportunities
  - Request a Demo
  - Privacy Policy
  - Terms of Use

Case 2:12-cv-00433-R-PLA   Document 25   Filed 09/10/12   Page 4 of 8   Page ID #:155

- Sitemap

Home > Industries > Collections

- ▶ Applications Overview
- ▶ Private VoIP Cloud
- ▶ Services
- ▼ Industries
  - Financial Services
  - Telecom
  - Healthcare
  - Outsourcing
  - Collections
  - Utilities
  - Telesales
  - Customer Relationship Managemen
  - Consumer Goods & Services
  - Government
  - Education
- ▶ Resource Center
- ▶ About LiveVox

**Product Brochures**

Compliance Application Overview

Private VoIP Cloud Overview

LiveVox Application Overview

+More

# Collections



LiveVox offers the scale, strategy and compliance tools to help credit and collections firms navigate uncertain waters. Cash-strapped consumers, account volume fluctuations and an ever-constricting regulatory environment demand a contact platform that delivers the flexibility, productivity and cost efficiency that the receivables contact center needs to not only survive but thrive.

For the single-site national collection firm to the multi-site, global receivables BPO, LiveVox offers the ability to quickly and easy increase contacts, maximize the value of each contact, and scale call processing in real-time to accommodate any portfolio.

The flexible platform and its integrated applications allow receivables organizations to more rapidly deploy, customize and implement contact technology, while shedding traditional "fixed" costs such as hardware maintenance and telephony infrastructure.

**Features and benefits include**

- Full suite of contact modes offered on demand with GUI campaign management
- Blending on all stations to better control the most valuable calls
- Skills-based routing simplified to ensure the right accounts are worked by the right agents
- Customizable IVR configuration for rapid campaign adjustments
- Host system integration GUIs
- Carrier and IP/PBX integration delivering cost efficiency, security and QoS
- 100% call recording for compliance, training and client SLAs
- Flexible state-dialing restriction tools for regionalized compliance concerns
- 30-number dialing for skip trace efficiency and other strategy tools
- Unlimited inbound and outbound payment lines
- Granular, real-time reporting, penetration and best-time-to call analytics

**Share and Enjoy:**







Collections Dialer | Collections Hosted Dialer | LiveVox | LiveVox, Inc. – Integrated Predictive Dialer, ACD, IVR, Call Recording, Business Analytics    9/10/12 4:12 PM

Case 2:12-cv-00433-R-PLA   Document 25   Filed 09/10/12   Page 5 of 8   Page ID #:156

## White Papers

Unlocking Multi-Site Synergies

Cloud Capacity Provisioning

Solve the Contact Center Integration Dilemma

Take the Migraine out of VoIP Migration

Cloud-Based Switching

The Cost Efficiency of Cloud

Gone With a Whisper

Are You Tracking the Right KPIs

LiveVox Call Blending

+ More White Papers

## Latest News

- LiveVox CMO Hosts Tech Panel on...
- LiveVox Assists Clients with CFPB...
- The Transient Revenue Opportunity...
- What "Simplicity" Means for...
- VIDEO: How Cloud Enables 100% Call...

+ More News

## Follow LiveVox





Applications Overview
- Predictive Dialer
- ACD
- IVR
- Call Recording
- CRM
- Compliance Suite
- Service
- PBX

- Private VoIP Cloud
  - Multi-Site Deployment
  - MPLS Cost Efficiency
  - Security and Redundancy
  - Capacity Provisioning
  - Centralized Management & Control
  - Cloud Based Switching

- Services
  - Professional Services

Collections Dialer | Collections Hosted Dialer | LiveVox | LiveVox, Inc. – Integrated Predictive Dialer, ACD, IVR, Call Recording, Business Analytics    9/10/12 4:12 PM

Case 2:12-cv-00433-R-PLA   Document 25   Filed 09/10/12   Page 6 of 8   Page ID #:157

- o Business Analytics

- Industries
  - o Financial Services
  - o Telecom
  - o Healthcare
  - o Outsourcing
  - o Collections
  - o Utilities
  - o Telesales
  - o Customer Relationship Management
  - o Consumer Goods & Services
  - o Government
  - o Education

- Resource Center
  - o News & Releases
  - o Industry Awards
  - o Industry Associations
  - o Industry Events
  - o Product Brochures
  - o Webinars
  - o Predictive Dialer Blog
  - o Client Results
  - o White Papers
  - o Predictive Dialer Glossary
  - o Link to LiveVox
  - o FAQ's

- About LiveVox
  - o Contact Us
  - o Management
  - o Advisory Board
  - o Job Opportunities
  - o Request a Demo
  - o Privacy Policy
  - o Terms of Use
  - o Sitemap

© Copyright 2012 LiveVox, Inc. All rights reserved. LiveVox, Inc. 450 Sansome Street, Suite 900 San Francisco, CA 94111 United States

General Enquiries: (415) 671-6000 | Product Inquiries: (866) 723-9067 | Customer Support: (888) 477-3448

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18, a member of the bar of this Court, and not a party to the within action. My business address is 100 Wilshire Boulevard, Suite 950, Santa Monica CA 90401-1145. On September 10, 2012, I served the within document(s) described as:

**REQUEST FOR JUDICIAL IN SUPPORT OF OPPOSITION TO THIRD PARTY DEFENDANT LIVEVOX INC.'S MOTION TO DISMISS THIRD PARTY COMPLAINT** on the interested parties in this action as stated on the attached mailing list.

☐ (BY MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY EXPRESS MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and overnight mailing following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent overnight by the U.S. Postal Service. Under that practice, it would be deposited on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the U.S. Postal Service for receipt of Express Mail.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, true copies of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

☐ (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

☒ (BY E-MAIL) By transmitting true copies of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list or by the Court's ECF system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2012 at Santa Monica, California.

| Andrew P Altholz | /s/ Andrew P. Altholz |
|---|---|
| (Type or print name) | (Signature) |

1

2
SERVICE LIST

3
ajg@consumerccounselgroup.com

4
Counsel for Plaintiff

5
nvu@willenken.com

6
Counsel for Third Party Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28