1 | Nhan T. Vu (State Bar No. 189508)
nvu@willenken.com
2 | WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
3 | Los Angeles, CA  90017
Telephone:   (213) 955-9240
4 | Facsimile:   (213) 955-9250

5 | Nathaniel P. T. Read (admitted *pro hac vice*)
nread@cohengresser.com
6 | COHEN & GRESSER LLP
800 Third Ave., 21st Floor
7 | New York, NY 10022
Telephone:   (212) 957-7600
8 | Facsimile:   (212) 957-4514

9 | Attorneys for Third-Party Defendant
LiveVox, Inc.

10

11 | UNITED STATES DISTRICT COURT

12 | CENTRAL DISTRICT OF CALIFORNIA

13 | WESTERN DIVISION

14

15 | MEMPHIS MONTAG,                     Case No. 12-CV-0433 R (PLAx)

16 |       Plaintiff,

17 |     v.                     **DECLARATION OF MICHAEL
LERARIS IN SUPPORT OF
18 | SEQUOIA CONCEPTS, INC., a        LIVEVOX, INC.'S MOTION TO
California corporation dba Sequoia   DISMISS THIRD-PARTY
19 | Financial Services,                COMPLAINT**

20 |       Defendant.

21

22 | SEQUOIA CONCEPTS, INC., a
California corporation dba Sequoia
23 | Financial Services,              Hearing
Judge:          Hon. Manuel L. Real
24 |      Third-Party Plaintiff,   Date:           October 1, 2012
Time:           10:00 a.m.
25 |     v.                     Courtroom:      8

26 | LIVEVOX, INC., a Delaware
corporation; DOES 1 to 10.
27 |      Third-Party Defendants.

28

DECL. OF MICHAEL LERARIS ISO LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT

# DECLARATION OF MICHAEL LERARIS

I, Michael Leraris, declare:

1. I am the Chief Financial Officer for LiveVox, Inc. ("LiveVox"). I make this declaration based on my personal knowledge and my review of the business records maintained by LiveVox.

2. On behalf of LiveVox, I signed the Master Subscription Agreement (the "MSA") between LiveVox and Third-Party Plaintiff Sequoia Concepts, Inc. dba Sequoia Financial Services ("Sequoia"), effective February 1, 2009.

3. A true and correct copy of the MSA is attached to the Declaration of Nhan T. Vu dated August 8, 2012 as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _17_ th day of September, 2012 at San Francisco, California.

DECL. OF MICHAEL LERARIS ISO LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify and declare under penalty of perjury that I am over the age of 18 and am not a party to this action.  My business address is 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA  90017.  A copy of the foregoing DECLARATION OF MICHAEL LERARIS IN SUPPORT OF LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT in Case No. 12-CV-0433 R (PLAx), was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

Dated:  September 17, 2012

                                     By:  /s/ Nhan T. Vu
                                          Nhan T. Vu