Nhan T. Vu (State Bar No. 189508)
nvu@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA  90017
Telephone:   (213) 955-9240
Facsimile:   (213) 955-9250

Nathaniel P. T. Read (admitted *pro hac vice*)
nread@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave., 21st Floor
New York, NY 10022
Telephone:   (212) 957-7600
Facsimile:   (212) 957-4514

Attorneys for Third-Party Defendant
LiveVox, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MEMPHIS MONTAG,<br><br>          Plaintiff,<br><br>     v.<br><br>SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>          Defendant. | Case No. 12-CV-0433 R (PLAx)<br><br>**LIVEVOX, INC.'S RESPONSE TO SEQUOIA CONCEPTS INC.'S OBJECTION TO EVIDENCE OFFERED IN SUPPORT OF MOTION TO DISMISS THIRD-PARTY COMPLAINT** |
| SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>          Third-Party Plaintiff,<br><br>     v.<br><br>LIVEVOX, INC., a Delaware corporation; DOES 1 to 10.<br><br>          Third-Party Defendants. | Hearing<br>Judge:<br>Date:                October 1, 2012<br>Time:                10:00 a.m.<br>Courtroom:        8<br><br>Hon. Manuel L. Real |

1

Third-Party Defendant LiveVox, Inc. ("LiveVox") hereby responds to the evidentiary objections made by Third-Party Plaintiff Sequoia Concepts, Inc. d/b/a Sequoia Financial Services ("Sequoia") to the Declaration of Nhan T. Vu and the Master Subscription Agreement attached thereto as Exhibit B (the "MSA") as follows:

| Evidence | Sequoia Objection | LiveVox Response |
|---|---|---|
| Paragraph 3 page 1 lines 12 to 16 – "On or about August 7, 2012, I obtained from LiveVox a copy of the Master Subscription Agreement (the "MSA") between LiveVox and Third Party Plaintiff Sequoia Concepts Inc. dba Sequoia Financial Services ("Sequoia"), effective February 1, 2009.  A true and correct copy of the MSA is attached hereto as Exhibit B." | FRE 602 – lack of personal knowledge of the document and no foundation, lack of authentication FRE 1400 et seq, 1500 et seq., and hearsay FRE 1200. | Sequoia has no basis to claim that the copy of the MSA is not authentic.  In addition, the Declaration of Michael Leraris dated September 17, 2012, submitted herewith conclusively establishes the authenticity of the copy of the MSA attached to the Vu Declaration.  Mr. Leraris is the Chief Financial Officer of LiveVox and he signed the MSA on its behalf. Any purported hearsay objection is baseless.  The MSA is not hearsay and is admissible to show the terms of the contract between Sequoia and LiveVox.  *See Stuart v. UNUM Life Ins. Co. of Am.*, 217 F.3d 1145, 1154 (9th Cir. 2000) (a "legally operative document that defines the rights and liabilities of the parties in this case" is not hearsay); *United States v. Belluci*, 995 F.2d 157, 161 (9th Cir. 1993) (certificate of FDIC |

RESPONSE TO OBJECTION TO EVIDENCE OFFERED ISO MOTION TO DISMISS THIRD-PARTY COMPLAINT

insurance "memorializes the fact of the legal relationship" and thus "[l]ike a written contract that memorializes the fact of a legal agreement" is not hearsay).

Dated:  September 17, 2012

WILLENKEN WILSON LOH & DELGADO LLP

By:   /s/  Nhan T. Vu
Nhan T. Vu

COHEN & GRESSER LLP

Nathaniel P.T. Read (admitted *pro hac vice*)

Attorneys for Third Party Defendant LiveVox, Inc.

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that I am over the age of 18 and am not a party to this action.  My business address is 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA  90017.  A copy of the foregoing LIVEVOX, INC.'S RESPONSE TO SEQUOIA CONCEPTS INC.'S OBJECTION TO EVIDENCE OFFERED IN SUPPORT OF MOTION TO DISMISS THIRD-PARTY COMPLAINT was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

Dated:  September 17, 2012

By: /s/ Nhan T. Vu
        Nhan T. Vu