1  Nhan T. Vu (State Bar No. 189508)
   nvu@willenken.com
2  WILLENKEN WILSON LOH & DELGADO LLP
   707 Wilshire Blvd., Suite 3850
3  Los Angeles, CA 90017
   Telephone: (213) 955-9240
4  Facsimile: (213) 955-9250

5  Nathaniel P. T. Read (admitted *pro hac vice*)
   nread@cohengresser.com
6  COHEN & GRESSER LLP
   800 Third Ave., 21st Floor
7  New York, NY 10022
   Telephone: (212) 957-7600
8  Facsimile: (212) 957-4514

9  Attorneys for Third-Party Defendant
   LiveVox, Inc.
10
   PLEASE SEE SIGNATURE BLOCK
11 FOR ADDITIONAL COUNSEL

12             UNITED STATES DISTRICT COURT
13             CENTRAL DISTRICT OF CALIFORNIA
14                    WESTERN DIVISION

| | |
|---|---|
| MEMPHIS MONTAG,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>　　　Defendant. | Case No. 12-CV-0433 R (PLAx)<br><br>**STIPULATION TO CONTINUE HEARING ON LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT**<br><br>[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH] |
| SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>　　　Third-Party Plaintiff,<br><br>　　　v.<br><br>LIVEVOX, INC., a Delaware corporation; DOES 1 to 10.<br><br>　　　Third-Party Defendants. | |

STIPULATION TO CONTINUE HEARING ON LIVEVOX'S MOTION TO DISMISS THIRD-PARTY COMPL.
127068.1

1  WHEREAS, on August 8, 2012, Third-Party Defendant LiveVox, Inc. ("LiveVox") filed a motion to dismiss the third-party complaint ("Motion") of Third-Party Plaintiff Sequoia Concepts, Inc. dba Sequoia Financial Services ("Sequoia") pursuant to Federal Rules of Civil Procedure Rule 12(b)(6);

WHEREAS, Sequoia filed a timely opposition to the Motion on September 10, 2012, and LiveVox filed a timely reply to the opposition on September 17, 2012;

WHEREAS, the hearing on the Motion is scheduled for October 1, 2012 at 10:00 a.m., in Courtroom 8 of the United States District Court for the Central District of California, Western Division, located at 312 N. Spring Street, Los Angeles, California 90012;

WHEREAS, Sequoia's counsel and LiveVox's counsel have been meeting and conferring regarding the possibility of Sequoia withdrawing the third-party complaint and obviating the need for the Motion; and

WHEREAS, Sequoia's counsel and LiveVox's counsel will not be able to complete the meet and confer process by the time of the hearing on the Motion;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that the hearing on the Motion may be continued to October 15, 2012, at 10:00 a.m. in Courtroom 8 of the United States District Court for the Central District of California, Western Division, located at 312 N. Spring Street, Los Angeles, CA 90012.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
STIPULATION TO CONTINUE HEARING ON LIVEVOX'S MOTION TO DISMISS THIRD-PARTY COMPL.
127068.1

1  Dated: September 27, 2012            ANDREW P. ALTHOLZ

2

3                                       By:  /s/  Andrew P. Altholz
                                             Andrew P. Altholz
4
                                        Andrew P. Altholz (State Bar No. 152713)
5                                       andrewpaltholz@msn.com
                                        100 Wilshire Boulevard, Suite 950
6                                       Santa Monica, CA  90401-1145
                                        Telephone:   (310) 451-0789
7                                       Facsimile:   (310) 821-4905

8                                       Attorneys for Third-Party Plaintiff
                                        Sequoia Concepts, Inc. dba Sequoia
9                                       Financial Services

10

11 Dated: September 27, 2012            WILLENKEN WILSON LOH &
                                        DELGADO LLP
12

13
                                        By:  /s/  Nhan T. Vu
14                                           Nhan T. Vu

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION TO CONTINUE HEARING ON LIVEVOX'S MOTION TO DISMISS THIRD-PARTY COMPL.
127068.1

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that I am over the age of 18 and am not a party to this action. My business address is 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA 90017. A copy of the foregoing STIPULATION TO CONTINUE HEARING ON LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT in Case No. 12-CV-0433 R (PLAx), was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

Dated: September 27, 2012

By: /s/ Nhan T. Vu
Nhan T. Vu