UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEMPHIS MONTAG,<br><br>    Plaintiff,<br><br>    v.<br><br>SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>    Defendant.<br><br>---<br><br>SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>LIVEVOX, INC., a Delaware corporation; DOES 1 to 10.<br><br>    Third-Party Defendants. | Case No. 12-CV-0433 R (PLAx)<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON LIVEVOX, INC.'S MOTION TO DISMISS THIRD-PARTY COMPLAINT** |

[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING ON
MOTION TO DISMISS THIRD-PARTY COMPLAINT

1  Having considered the parties' Stipulation to Continue Hearing on LiveVox,
2  Inc.'s Motion to Dismiss Third-Party Complaint, and good cause appearing therefor,
3  the Court hereby APPROVES the parties' stipulation, and ORDERS that the hearing
4  on LiveVox, Inc.'s Motion to Dismiss Third-Party Complaint be continued to
5  October 15, 2012, at 10:00 a.m. in Courtroom 8 of the United States District Court
6  for the Central District of California, Western Division, located at 312 N. Spring
7  Street, Los Angeles, CA 90012.

10  Dated:_Sept. 28, 2012_              _____
                                        Manuel L. Real
                                        United States District Judge

---

1
[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING ON
MOTION TO DISMISS THIRD-PARTY COMPLAINT