Nhan T. Vu (State Bar No. 189508)
nvu@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA  90017
Telephone:   (213) 955-9240
Facsimile: (213) 955-9250

Nathaniel P. T. Read (admitted *pro hac vice*)
nread@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave., 21st Floor
New York, NY 10022
Telephone:   (212) 957-7600
Facsimile: (212) 957-4514

Attorneys for Third-Party Defendant
LiveVox, Inc.

PLEASE SEE SIGNATURE BLOCK
FOR ADDITIONAL COUNSEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MEMPHIS MONTAG,<br><br>    Plaintiff,<br><br>  vs<br><br>SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>    Defendant. | Case No. 12-CV-0433 R (PLAx)<br><br>**STIPULATION TO DISMISS THIRD-PARTY COMPLAINT AND TO WITHDRAW PENDING MOTION TO DISMISS**<br><br>[[PROPOSED] ORDER LODGED CONCURRENTLY HEREWITH] |
| SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>    Third-Party Plaintiff,<br><br>  vs<br><br>LIVEVOX, INC., a Delaware corporation; DOES 1 to 10.<br><br>    Third-Party Defendants. | |

STIPULATION TO DISMISS THIRD-PARTY COMPLAINT

127242.1

IT IS HEREBY STIPULATED, by the parties and through undersigned counsel of record, (i) that the Third-Party Complaint in this case filed by Third-Party Plaintiff Sequoia Concepts Inc. against Third-Party Defendant LiveVox, Inc. hereby is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); (ii) that the pending Motion to Dismiss the Third-Party Complaint, filed by Third-Party Defendant LiveVox, Inc. and set for hearing on October 15, 2012, is withdrawn without prejudice; and (iii) that the parties otherwise reserve all rights.

So Stipulated

Dated: October 11, 2012                    ANDREW P. ALTHOLZ

                                           By:   /s/  Andrew P. Altholz
                                                 Andrew P. Altholz

                                           Andrew P. Altholz (State Bar No. 152713)
                                           andrewpaltholz@msn.com
                                           100 Wilshire Boulevard, Suite 950
                                           Santa Monica, CA  90401-1145
                                           Telephone:   (310) 451-0789
                                           Facsimile:  (310) 821-4905

                                           Attorneys for Third-Party Plaintiff
                                           Sequoia Concepts, Inc. dba Sequoia
                                           Financial Services

Dated: October 11, 2012                    WILLENKEN WILSON LOH &
                                           DELGADO LLP


                                           By:   /s/  Nhan T. Vu
                                                 Nhan T. Vu
                                                 Attorneys for Third-Party Defendant
                                                 LiveVox Inc.

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that I am over the age of 18 and am not a party to this action.  My business address is 707 WILSHIRE BOULEVARD, SUITE 3850, LOS ANGELES, CALIFORNIA 90017.  A copy of the foregoing **STIPULATION TO DISMISS THIRD-PARTY COMPLAINT & TO WITHDRAW PENDING MOTION TO DISMISS** in Case No. 12-CV-0433 R (PLAx), was served on this date on all interested parties at their email address of record on file with the Court, by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

Dated:  October 11, 2012

By: /s/ Nhan T. Vu
Nhan T. Vu

CERTIFICATE OF SERVICE

127242.1