UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MEMPHIS MONTAG,<br><br>　　　　Plaintiff,<br><br>　　vs<br><br>SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>　　　　Defendant. | Case No. 12-CV-0433 R (PLAx)<br><br>**ORDER ON STIPULATION TO DISMISS THIRD-PARTY COMPLAINT AND TO WITHDRAW PENDING MOTION TO DISMISS** |
| SEQUOIA CONCEPTS, INC., a California corporation dba Sequoia Financial Services,<br><br>　　　　Third-Party Plaintiff,<br><br>　　vs<br><br>LIVEVOX, INC., a Delaware corporation; DOES 1 to 10.<br><br>　　　　Third-Party Defendants. | |

[PROPOSED] ORDER ON STIPULATION TO DISMISS THIRD-PARTY COMPLAINT

127243.1

1       Having considered the Stipulation to dismiss the pending Third-Party Complaint in this case filed by Third-Party Plaintiff Sequoia Concepts Inc., without prejudice pursuant to FRCP 41(a)(1)(A)(i), and also to withdraw the pending Motion to Dismiss the Third-Party Complaint, filed by Third-Party Defendant LiveVox, Inc. presently set for hearing on October 15, 2012, and good cause appearing thereon, IT IS HEREBY ORDERED that the Third-Party Complaint in this case filed by Third-Party Plaintiff Sequoia Concepts Inc., is dismissed without prejudice, and the pending Motion to Dismiss the Third-Party Complaint, filed by Third-Party Defendant LiveVox, Inc. presently set for hearing on October 15, 2012, is withdrawn without prejudice and taken off calendar.

Dated:_OCTOBER 12, 2012_      _____
                                            Manuel L. Real
                                            United States District Judge